■ In the Matter of ROBERT E. DIZAK (Admitted as ROBERT EARL DIZAK), a Disbarred Attorney. [718 NYS2d 813] —Petitioner's motion for, *inter alia,* a hearing *de novo* denied; cross-motion granted and Determination of Hearing Panel, which confirmed the Referee's findings of fact, conclusions of law and recommendation that petitioner's application for reinstatement as an

attorney and counselor-at-law in the State of New York be denied, confirmed. No opinion. Concur—Nardelli, J. P., Tom, Rubin, Andrias and Saxe, JJ.